# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA ~~UNDER SEAL~~

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR19 — 0180**

RAMINDER SINGH REKHI,

DEFENDANT(S).

---

**FILED**
APR 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
WHO

## INDICTMENT

18 U.S.C. § 656 – Theft; Embezzlement, or Misapplication of Bank Funds;
18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture

---

A true bill.

_____Linda Joet_____
Foreman

Filed in open court this __18th__ day of
__April, 2019__.

_____Ada Means_____ Clerk

NO BAIL WARRANT

Bail, $ _____

_____Jacqueline Scott Corley_____
Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 656 - Theft, Embezzlement, or Misapplication of Bank Funds

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Sentence: 30 years
Maximum Length of Supervised Release: 5 years
Maximum Fine: $1,000,000.00
Special Assessment of $100 per felony count.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S.**

▶ Raminder Singh Rekhi

DISTRICT COURT NUMBER

CR 19 - 0180

FILED
APR 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    NICHOLAS J. WALSH

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION



11 | UNITED STATES OF AMERICA,            ) No. CR 19 0180
                                          )
12 |     Plaintiff,                       )
                                          ) VIOLATION: 18 U.S.C. § 656 – THEFT,
13 | v.                                   ) EMBEZZLEMENT, OR MISAPPLICATION OF
                                          ) BANK FUNDS; 18 U.S.C. § 982(a)(2)(A) –
14 | RAMINDER SINGH REKHI,                ) CRIMINAL FORFEITURE
                                          )
15 |     Defendant.                       )
                                          )
16 |_____)

17                              I N D I C T M E N T

18  The Grand Jury charges:

19

20                           Introductory Allegations

21      At all times relevant to this Indictment:

22      1.      Wells Fargo & Company was American multinational financial services company based

23  in San Francisco, California, in the Northern District of California.  Its primary operating subsidiary was

24  national bank Wells Fargo Bank, N.A. ("Wells Fargo").  Among other things, Wells Fargo was an

25  "insured bank," as defined in 18 U.S.C. § 656, because it was a bank whose deposits were insured by the

26  Federal Deposit Insurance Corporation.

27      2.      Defendant RAMINDER SINGH REKHI resided in the Northern District of California.

28  REKHI was hired by Wells Fargo in 2004.  During the relevant time, REKHI's employee title was

INDICTMENT

1 | Business Development Officer.

2 |     3.    A.N. is a customer of Wells Fargo known to the grand jury who resided in the Northern District of California. A.N. controlled the entity Edison Technology Park Four LLC ("Edison LLC").

    4.    At the request of REKHI, a shell entity, that is, a company without ongoing business operations or significant assets, called Edison Technology Park Four, LLC ("Edison, LLC"), was incorporated in Wyoming on October 20, 2017. REKHI opened a Wells Fargo bank account with an account number ending in 7373 on its behalf, before it incorporated, on October 17, 2017.

    5.    At the request of REKHI, a shell entity called BPRO0304, LLC, was incorporated in Wyoming on October 20, 2017. REKHI opened a Wells Fargo bank account with an account number ending in 1585 on its behalf on October 24, 2017.

COUNT ONE: (18 U.S.C. § 656 – Theft, Embezzlement, or Misapplication of Bank Funds)

    6.    Paragraphs 1 through 5 are realleged and incorporated herein by reference.

    7.    Beginning no later than September 2017, and continuing to at least December 2017, in the Northern District of California and elsewhere, the defendant

RAMINDER SINGH REKHI,

being an officer, a director, agent, and employee of, and connected with, a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, and organization operating under section 25 and section 25(a) of the Federal Reserve Act, a Federal Reserve Agent, and an agent and an employee of a Federal Reserve Agent and of the Board of Governors of the Federal Reserve System, to wit, Wells Fargo, embezzled, abstracted, purloined, and willfully misapplied, in amounts that exceeded $1,000, the money, funds, and credits of such bank, branch, agency, organization, and holding company, and the money, funds, assets, and securities entrusted to the custody and care of such bank, branch, agency, organization, and holding company, and of such an agent, officer, director, employee and receiver.

    All in violation of Title 18, United States Code, Section 656.

INDICTMENT    2

## The Scheme

8. Beginning at a date unknown to the grand jury, but no later than September 2017, and continuing to at least December 2017, REKHI devised and executed a material scheme to defraud Wells Fargo and to obtain money from Wells Fargo and others by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts with a duty to disclose.

As part of the scheme:

9. In October 2017, REKHI, as an employee at Wells Fargo, induced A.N., a customer of Wells Fargo, to transfer $3.5 million from Edison LLC's bank account into Edison, LLC's account 7373 at Wells Fargo. As part of that inducement, REKHI made the false representation to A.N. that the money was being placed into a Wells Fargo Certificate of Deposit ("CD") account. A CD is a time deposit. CDs are similar to savings accounts, except that a CD has a specific, fixed term and often a fixed interest rate. REKHI showed A.N. an example "Wells Fargo" CD Agreement, which was a false document created by REKHI. Based on REKHI's representations, A.N. then entered into a false "Wells Fargo" CD Agreement created by REKHI. In late October 2017, REKHI transferred the $3.5 million obtained by false pretenses from A.N. from Edison, LLC's 7373 account to BPRO0304, LCC's 1585 account. REKHI used BPRO0304, LCC, as the main shell company from which he operated his scheme.

10. Specifically, REKHI took the money A.N. deposited at Wells Fargo and loaned it out to non-Wells Fargo customers. Wells Fargo prohibited REKHI from diverting the business of Wells Fargo to any other person or entity, including himself.

11. In course of the scheme, REKHI loaned the money falsely obtained from A.N. to three separate individuals. In particular:

    a. In October 2017, REKHI made a loan to an individual unaware that the source of loan funds were falsely obtained from A.N. in the amount $850,000.

    b. In November 2017, REKHI made a loan of $128,000 to an individual. As part of the scheme, REKHI made false representations that the loan would be from Wells Fargo, when in truth and in fact, it was coming from a shell company REKHI controlled using the funds he had falsely obtained from A.N.

INDICTMENT 3

  c. In November and December 2017, REKHI extended a $2.94 million line of credit to an individual. As part of the scheme, REKHI made false representations that the line of credit would be from Wells Fargo, when in truth and in fact, it was coming from a shell company REKHI controlled using the funds he had falsely obtained from A.N.

12. In early December 2017, while the scheme was underway, Wells Fargo discovered REKHI's scheme and ended it.

13. In course of the scheme, REKHI made affirmative false statements and misrepresentations, and concealed and hid, and caused to be concealed and hidden, the acts done and the purpose of the acts done in furtherance of the scheme. False statements, misrepresentations, omissions, and concealment include those described above and others.

## FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 982(a)(2)(A))

14. The factual allegations contained in paragraphs 1 through 13 are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982 and Title 28, United States Code, Section 2461.

15. Upon a conviction for the offense alleged in Count One, the defendant,

RAMINDER SINGH REKHI

shall, pursuant to Title 18, United States Code, Section 982(a)(2)(A), forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly, resulting from the violation, including but not limited to:

  a. a sum of money equal to the amount of proceeds obtained from said violation.

16. If, as a result of any act or omission of the defendant, any of said property identified above:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without

difficulty; the United States shall, pursuant to Title 21, United States Code, Section 853(p) (as incorporated in Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c)), seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Section 982(a)(2)(A), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:     April  18 , 2019

A TRUE BILL.

_____
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

_____
HALLIE HOFFMAN
Chief, Criminal Division

(Approved as to form:  _____ )
NICHOLAS J. WALSH
Assistant United States Attorney

INDICTMENT                                    5

UNDER SEAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted along with the Defendant Information Form, for each new criminal case.

WHO

**CR19   0180**

| | |
|---|---|
| **CASE NAME:** USA v. Raminder Singh Rekhi | **CASE NUMBER:** CR |
| **Is This Case Under Seal?** | Yes ✓   No |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** AUSA Nicholas Walsh | **Date Submitted:** 04/18/2019 |

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)   RESET FORM   SAVE PDF